Núm. 8732.—Pueblo, apldo. *v.* Antonetty, aplte.—C. D. Ponce. Junio 25, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Por cuanto, en el presente caso el único error señalado por el acusado apelante es el de ser contrario a la prueba el veredicto rendido por el jurado;

Por cuanto, hemos examinado cuidadosamente la transcripción de evidencia y de ella resulta que en efecto la evidencia que ante sí tuvo el jurado fué claramente contradictoria;

Por cuanto, apreciando toda la prueba, el jurado dirimió el conflicto en contra del acusado;

Por cuanto, no hallamos que al así hacerlo incurriera en error el jurado y por el contrario creemos que el veredicto está plenamente sostenido por la evidencia;

Por tanto, se confirma la sentencia apelada que dictó la Corte de Distrito de Ponce en mayo 16, 1938.

El Juez Asociado Sr. Todd, Jr. no intervino.